IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–39–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| BRYAN LEE SCHULTZ, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Witness to Testify by Video at Trial. (Doc. 25.) The motion states that a witness, Rett Murphy, is located in North Carolina, and permitting this witness to testify via Zoom or other form of video "will ensure the safety of the witness[.]" (*Id.* at 1–2.) Defendant Bryan Schultz does not oppose the motion. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 25) is GRANTED. Rett Murphy may appear via Zoom at the trial. The Clerk of Court will notify counsel via e-mail of the meeting ID and password within 24 hours of the trial. Zoom Guidance and Setup are available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 13th day of January, 2022.

_____
Dana L. Christensen, District Judge
United States District Court