IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN LEE SCHULTZ,<br><br>Defendant. | CR 21–39–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Bryan Lee Schultz's Unopposed Motion to Continue Sentencing Memorandum, Notice of Witnesses Testifying at Sentencing, and Notice of Filing Sentencing Letters Deadlines. (Doc. 41.) The motion requests a three-day extension of the deadline to file a sentencing memorandum, notice of witnesses, and notice of sentencing letters from June 7, 2022 to June 10, 2022. (*Id.* at 1–2.) The United States does not oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 41) is GRANTED. The parties may file their sentencing memoranda, notices of witnesses, and notices of sentencing letters on or before June 10, 2022.

DATED this 7th day of June, 2022.

_____
Dana L. Christensen, District Judge
United States District Court